UNITED STATES DISTRICT COUR **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-11254-AB (JEMx) | Date: | July 2, 2021 |
|---|---|---|---|

| Title: | *Malik Shakur v. City of Los Angeles, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER CLOSING CASE

On May 19, 2021, after continuing Defendants' Motion to Dismiss and holding oral arguments three times, the Court ultimately dismissed Plaintiff's Complaint without prejudice. (Dkt. No. 22.) The Court ordered Plaintiff to file an amended complaint with thirty (30) days of the Order or the matter would be closed. (*Id.*).

On June 15, 2021, Plaintiff filed a declaration that was identical to the one he previously filed on April 27, 2021. (*See* Dkt. Nos. 19, 23.) As of the date of this Order, Plaintiff has not filed an amended complaint. While the Court is sympathetic to Plaintiff's health conditions and difficulty in obtaining counsel, the matter is ordered closed in light of the previously dismissed complaint and no newly-filed complaint.

**IT IS SO ORDERED**.